8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THE PARENTS INDIVIDUALLY AND AS, PARENTS OF JOHN DOES, et al. | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | CIVIL ACTION NO. B-00-77 |
| MARINE MILITARY ACADEMY, et al., | § § § | |
| Defendants. | § | |

## ORDER OF TRANSFER

BE IT REMEMBERED that on July 31, 2000, the Court GRANTED Defendant - Debtor Marine Military Academy's motion to transfer pursuant to the mandatory provisions of 28 U.S.C. §157(b)(5) (Dkt. No. 3). This case is ORDERED transferred to the United States District Court for the District of Arizona.

DONE at Brownsville, Texas, this ___31___ day of July 2000.

_____
Hilda G. Tagle
United States District Judge